

# McCARTER & ENGLISH
### ATTORNEYS AT LAW

March 4, 2009

Symone J. Redwine
Associate
T. 973.639.7992
F. 973.297.6224
sredwine@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

**VIA ECF**

The Honorable Mark Falk
United States Magistrate Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
1 Federal Square, Rm. 457
Newark, New Jersey 07102

Re:  *Warner Chilcott Laboratories Ireland, et al. v. Sandoz Inc.*
     Civil Action No. 09-228 (WJM)(MF)

Dear Judge Falk:

On behalf of the plaintiffs, attached please find Certifications and a proposed Consent Order supporting our application for the *pro hac vice* admissions of Diego Scambia and Dominick A. Conde with the firm of Fitzpatrick, Cella, Harper & Scinto. Opposing counsel has consented to this application. If the attached papers meet with Your Honor's approval, we respectfully request that you sign and enter the attached Order.

Thank you in advance for your kind attention to this matter.

Respectfully Submitted,

*/s/ Symone J. Redwine*

Symone J. Redwine

Attachments

cc: All Counsel of Record (via ecf)

ME1 8211242v.1