UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

WARNER CHILCOTT LABORATORIES : Hon. William J. Martini
IRELAND LIMITED, et al., :
: Civil Action Nos.
: 08-6304 (WJM); 09-0228 (WJM);
Plaintiffs, : 09-0469 (WJM); 09-1233 (WJM);
: 09-2073 (WJM)
- vs - :
:
: **ORDER**
IMPAX LABORATORIES, INC., et al., :
:
:
Defendants. :

---

**THIS MATTER** having come before the Court upon Defendants' informal application to include a patent prosecution and FDA bar in the parties' discovery confidentiality order; and the Court having considered the submissions in support of and in opposition to the request; and for the reasons stated in the Opinion issued on this date; and for good cause shown;

**IT IS** on this 29th day of October, 2009,

**ORDERED** that Defendants' application to include patent and FDA restrictions in the parties' discovery confidentiality order is **DENIED**.

                                                                  s/Mark Falk
                                                              **MARK FALK**
                                                              **United States Magistrate Judge**

Dated: October 29, 2009