**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

Michael E. Patunas
mpatunas@litedepalma.com

August 1, 2011

**VIA ECF & HAND DELIVERY**
Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Bldg.
One Federal Square
Newark, New Jersey  07102

    Re:    *Warner Chilcott, et al. v. Impax Laboratories, Inc., et al.*
            Civil Action Nos. 08-6304, 09-0228, 09-1233, 09-2073
            and 10-0511  (WJM)(MF)

Dear Judge Falk:

       We write on behalf of all of the defendants in the referenced matters in response to plaintiffs' July 28, 2011 letter application to Your Honor that the Court (1) order defendants to confirm the expiration date of each defendant's 30-month stay, and (2) order that each defendant provide plaintiffs 60-days advance notice prior to any at-risk launch of their 150 mg ANDA products.

       Defendants will oppose plaintiffs' application.  Having received plaintiffs' letter just before the close of business on Thursday evening July 28, 2011, and subject to Your Honor's approval, defendants intend to submit their joint opposition no later than Friday, August 5, 2011.

       We thank the Court for its consideration of this matter and look forward to hearing from the Court.

                              Respectfully,

                              *s/Michael E. Patunas*

                              Michael E. Patunas

cc:    Honorable William J. Martini, U.S.D.J. (via hand delivery)
        All Counsel (via ECF & e-mail)